# BICKEL & BREWER

ATTORNEYS AND COUNSELORS
767 FIFTH AVENUE
50TH FLOOR
NEW YORK, NEW YORK 10153
PHONE: (212) 489-1400
FAX: (212) 489-2384

www.bickelbrewer.com

4800 BANK ONE CENTER
1717 MAIN STREET
DALLAS, TEXAS 75201
(214) 653-4000

February 3, 2005

<u>VIA ELECTRONIC CASE FILING & FACSIMILE</u>

All Counsel of Record

Re: *In re Computer Associates Class Action Securities Litigation,* Master File No. 98-CIV-4839 (TCP)(ETB);
*In Re Computer Associates 2002 Class Action Securities Litigation,* Master File No. 02-CIV-1226 (TCP)(ETB);
*Federman v. Artzt, et al.,* Master File No. 03-CIV-4199 (TCP)(ETB); and
*Computer Associates International, Inc., Derivative Litigation,* Master File No. 04-CIV-2697 (TCP)(ETB)

Dear Counsel:

We received a telephone call today from Lauren Hancock, law clerk to Magistrate Judge Boyle, informing us that Judge Platt has referred to Magistrate Judge Boyle the issue of discovery requested in connection with the pending motions pursuant to Rule 60(b) of the Federal Rules of Civil Procedure in the above-referenced actions.

In light of this referral, Magistrate Judge Boyle has requested that all counsel of record participate in a teleconference on Monday, February 7, 2005 to discuss discovery relating to the Rule 60(b) motions. Magistrate Judge Boyle indicated that 10:00 a.m. (EST) was the best time for him. The information for the teleconference is as follows:

Date/Time: February 2, 2005 at 10:00 a.m.

Dial-In: 1-888-422-7105

Access Code: 976723

Sincerely,

William A. Brewer III   w/ permission

Cc: The Honorable E. Thomas Boyle